## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02CR379 (AHN) |
| | ) | |
| v. | ) | |
| | ) | |
| COSMO CORIGLIANO. | ) | March 22, 2007 |
| | ) | |

## MOTION FOR ADMISSION OF
## MARGARET A. KEELEY, ESQ. AS VISITING LAWYER

Pursuant to Local Rule 83.1(d)1, the undersigned member of the bar of this Court hereby moves that Margaret A. Keeley, Esq., be permitted to appear in this matter as a visiting lawyer on behalf of Intervenor Walter A. Forbes. The accompanying Affidavit of Margaret A. Keeley, Esq., in support of this motion, see Tab A, sets forth Ms. Keeley's contact information, bar memberships, admission and/or discipline information, and knowledge of the rules of this Court. Based on that affidavit, undersigned counsel represents that Ms. Keeley appears to satisfy all of the Court's requirements to be permitted to represent Mr. Forbes in this matter. Accordingly, undersigned counsel respectfully requests that the Court admit Ms. Keeley as a visiting lawyer for that purpose.

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

The $25 fee required for Ms. Keeley's admission is submitted with this motion.

Respectfully submitted,

WALTER A. FORBES

By:  Thomas J. Murphy (ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street, Suite 910
Hartford, CT 06103-2703
(860) 278-5555 Office
(860) 249-0012 Facsimile
E-mail: tmurphy@cemlaw.com

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02CR379 (AHN) |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| COSMO CORIGLIANO. | ) | March 22, 2007 |
|  | ) |  |

## ORDER

Thomas J. Murphy, Esq., a member of the bar of this Court, having moved for the

admission of Margaret A. Keeley, Esq., as a visiting lawyer for the purpose of representing the

intervenor Walter A. Forbes in this matter, and it appearing that the motion is in conformity with

Local Rule 83.1(d)1, it is hereby ORDERED that the motion is GRANTED.

Dated at Bridgeport, Connecticut on this ___ day of _____, 2007.

_____
Alan H. Nevas
Senior United States District Judge

A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 3:02CR379 (AHN) |
| COSMO CORIGLIANO. | ) | March 19, 2007 |
| | ) | |
| | ) | |

AFFIDAVIT OF MARGARET A. KEELEY, ESQ.

Pursuant to Local Rule 83.1(d)(1), Margaret A. Keeley, Esq., being duly sworn, deposes
and says:

1.    I am over the age of 18 and believe in the obligations of an oath.

2.    I make this affidavit in support of a motion by Thomas J. Murphy, Esq. seeking
my admission as a visiting attorney in the above-captioned case.

3.    I am a member of the law firm of Williams & Connolly, LLP, 725 Twelfth Street,
N.W., Washington, D.C., 20005.  My telephone number is (202) 434-5137; my fax number is
(202) 434-5029; and my e-mail address is mkeeley@wc.com.

3.    I am a member in good standing of the District of Columbia Bar, and I am
admitted to practice before United States District Court for the District of Columbia, the United
States District Court for the District of Maryland, the United States District Court for the
Southern District of California, the Second Circuit Court of Appeals, the United States Court of
Appeals for the District of Columbia Circuit, and the United States Court of Appeals for the
Federal Circuit.  I am also an inactive member of the California State Bar.

4.    I have not been denied admission or disciplined by this or any other Court.

5.      I have fully reviewed and am familiar with the Rules of the United States District

Court for the District of Connecticut.

_____
Margaret A. Keeley, Esq.

Sworn to and subscribed before me this 19th day of March _____, 2007.

_____
Notary Public

**Denise L. Zdelar**
**Notary Public, District of Columbia**
**My Commission Expires 2/29/2012**

4

## CERTIFICATION

I hereby certify that I caused a true copy of the foregoing Motion for Admission of Margaret A. Keeley, Esq. As Visiting Lawyer to be sent by United States mail, postage prepaid, on March 22, 2007 to the following:

Michael Martinez, Esq.
Craig Carpenito, Esq.
Office of the United States
      District of New Jersey
970 Broad Street, Suite 700
Newark, NJ  07102

Gary Naftalis, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Thomas J. Murphy